IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LATISHA MARVALA WEST,<br><br>Defendant. | CR 20-98-BLG-SPW-2<br><br>PRELIMINARY ORDER OF FORFEITURE |

WHEREAS, in the indictment in the above case, the United States sought forfeiture of property of the above-captioned person, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense;

AND WHEREAS, on August 30, 2021, the defendant entered a plea of guilty to the sole count of the indictment, which charged her with prohibited person in possession of a firearm in violation of 18 U.S.C.§ 922(g)(1);

AND WHEREAS, the indictment contained a forfeiture allegation that stated that as a result of the offense charged in the indictment, the defendant shall forfeit the following property:

1

- Ruger, Model LCR, .357 magnum caliber revolver, SN 1540-53179 and two spent shell casings.

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the property, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

ACCORDINGLY, IT IS ORDERED:

1. That based upon the plea of guilty by the defendant to the indictment, the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. That the aforementioned forfeited property is to be held by the United States, particularly the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and/or the United States Marshals Service, in its secure custody and control.

3. That the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C.

§ 853(n)(1), and to make its return to this Court that such action has been completed; and

4. That upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 21st day of September, 2021.

SUSAN P. WATTERS
United States District Court Judge